UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVON EUGENE RAMOS,

                Plaintiff,

-against-

NEW YORK CITY POLICE DEPARTMENT; COUNTY OF BRONX COURTS; NEW YORK CITY DEPARTMENT OF CORRECTION SECURITY DEPARTMENT,

                Defendants.

24cv8348 (LTS)

CIVIL JUDGMENT

For the reasons stated in the November 4, 2024, order, this action is dismissed. The Court dismisses Plaintiff's complaint as duplicative of 24-CV-8340. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). SO ORDERED.

Dated:  November 8, 2024
           New York, New York

                                                      /s/ Laura Taylor Swain
                                                         LAURA TAYLOR SWAIN
                                                   Chief United States District Judge